Dismissed and Memorandum Opinion filed September 21, 2006








Dismissed
and Memorandum Opinion filed September 21, 2006.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00759-CV

____________

 

GEORGE BROWN, CONNIE FEARRINGTON,
SHIRLEY MAHURIN, ANTHONY MITCHELL, GLADYS TAMBURINE, DOUGLAS VAVRA, 

JOHN WILSON, CLAUDE BRICK, HELEN
CROFTON, 

WILLIAM HENSLER, AND RUTHIE
MCWILLIAMS, Appellants

 

V.

 

BP AMOCO CHEMICAL COMPANY F/K/A
AMOCO CHEMICAL COMPANY, BP PRODUCTS NORTH AMERICA INC. F/K/A AMOCO OIL COMPANY,


BP AMOCO PRODUCTION COMPANY F/K/A
AMOCO PRODUCTION COMPANY, AMOCO GAS COMPANY, AND MARATHON OIL COMPANY F/K/A
MARATHON PETROLEUM COMPANY, Appellees

 



 

On Appeal from the 10th District Court

Galveston County,
Texas

Trial Court Cause No. 95CV1352

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed April 10, 2006.  On September 8, 2006,
appellants filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.








Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed
September 21, 2006.

Panel consists of Justices Fowler, Edelman and Frost.